# AFFIDAVIT OF SERVICE

## ORANGE COUNTY SHERIFF'S OFFICE
CARL E. DUBOIS, SHERIFF
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924-6740
CIVIL UNIT
TELEPHONE (845) 291-2933     FAX (845) 291-7603

---

STATE OF NEW YORK
UNITED STATES DISTRICT COURT          COUNTY OF

Docket No.:   20000563
Index No:     20-CV-1269

United States of America, Plaintiff

-against-

Gregory Cohen, Defendant(s)

I, Thomas Monahan certify that on 2/14/2020, at approximately 1:45 PM, at:

> Otisville FCI-Satellite Camp
> 2 Mile Drive
> Otisville, NY 10963

service of the within SUMMONS AND COMPLAINT WITH JURY DEMAND, EXHIBITS 1-5 was made upon:

> Gregory Cohen

PERSONAL SERVICE – by delivering to and leaving with Gregory Cohen personally a true copy thereof, said person being known to me as the person mentioned and described herein.

I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a Negative reply. The person served is described as: skin color - White, sex - Male, hair color - Gray, height - 5'10", weight - 210, age - 50.

**IN CASE OF ORDER OF PROTECTION SERVICE:**
I asked the person served if they owned or possessed any weapons. They said: ☐ Yes   ☐ No

The following attempts at personal service were made:

By: _____          Dated: __2/18/20__

Sworn and Subscribed to Before Me
This ___18th___ day of ___Feb.___, 2020

_Shannon L. Mahoney_ (signature)

SHANNON L. MAHONEY
Notary Public, State Of New York
No. 01MA5026045
Qualified In Orange County
Commission Expires April 11, 2022

FORM CPF-03C rev. 12/13/06