UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EPIC SPORTS & ENTERTAINMENT, INC.,

            Plaintiff,

- against -

GREG COHEN PROMOTIONS LIMITED
LIABILITY COMPANY

            Defendant.

CASE NO. 20-cv-1269

[PROPOSED] ORDER
FOR ADMISSION
PRO HAC VICE

The motion of John S. Wirt for admission to practice Pro Hat Vice in the above captioned action is granted.

Applicant has declared that he is member in good standing of the bars of the states of Illinois and Florida and that his contact information is as follows:

> John S. Wirt, Esq.
> WIRT & WIRT, P.A.
> 5 Calhoun Ave. #306
> Destin, Florida 32541
> Tel: (847) 323-4082
> Fax: (314) 431-6920
> mail@wirtlawfirm.com

Applicant having requested admission Pro Hat Vice to appear for all purposes as counsel for Epic Sports & Entertainment, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court. including the Rules governing discipline of attorneys.

Dated: Feb. 19, 2020

_____
United States District/~~Magistrate~~ Judge