John S. Wirt (PHV)
WIRT & WIRT, P.A.
5 Calhoun Avenue, Unit 306
Destin, Florida 32541
Tel: (847) 323-4082
Fax: (314) 431-6920

*Attorneys for Plaintiff*
*Epic Sports & Entertainment, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EPIC SPORTS & ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> - against - <br><br> GREG COHEN PROMOTIONS LIMITED LIABILITY COMPANY <br><br> Defendant. | CASE NO. 20-cv-1269--PGG <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Notice is hereby given, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Voluntary Dismissal Without Prejudice by Plaintiff, Epic Sports & Entertainment, Inc., a Florida corporation, of its complaint against Defendant, Greg Cohen Promotions Limited Liability Company, a New Jersey limited liability company, in the above-captioned matter.

Dated this 8th day of March 2020.

                                                Respectfully submitted,

                                                  /s/ John S. Wirt
                                              John S. Wirt, Esq.
                                              WIRT & WIRT, P.A.
                                              5 Calhoun Ave. #306
                                              Destin, Florida 32541
                                              Tel: (847) 323-4082
                                              Fax: (314) 431-6920
                                              mail@wirtlawfirm.com

                                              *Attorneys for Plaintiff*
                                              *Epic Sports & Entertainment, Inc.*

## CERTIFICATE OF SERVICE

I, John S. Wirt, hereby certify that on March 8, 2020, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed.

    /s/ John S. Wirt
John S. Wirt, Esq.
WIRT & WIRT, P.A.
5 Calhoun Ave. #306
Destin, Florida 32541
Tel: (847) 323-4082
Fax: (314) 431-6920
mail@wirtlawfirm.com

*Attorneys for Plaintiff*
*Epic Sports & Entertainment, Inc.*